```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

BRENDA HARRISON,                     :
                                     :
    Plaintiff,                       :
                                     :
v.                                   :    CIVIL ACTION 06-0166-M
                                     :
JO ANNE B. BARNHART,                 :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Brenda Harrison on all claims.

DONE this 31st day of October, 2006.

                                            <u>s/BERT W. MILLING, JR.</u>
                                            UNITED STATES MAGISTRATE JUDGE